JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH TURNER, | CV 17-7521 PA (RAOx) |
|     Plaintiff, | JUDGMENT |
|   v. | |
| BAYVIEW LOAN SERVICING, LLC, et al., | |
|     Defendants. | |

    Pursuant to the Court's January 18, 2018 Minute Order granting the Motion to Dismiss filed by defendants Bayview Loan Servicing, LLC and The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWMBS Inc., CHL Mortgage Pass-Through Trust 2005-9, Mortgage Pass Through Certificates Series 2005-9 (collectively "Defendants"), which dismissed all of the claims asserted by plaintiff Keith Turner ("Plaintiff") against Defendants.

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants shall have judgment in their favor against Plaintiff.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

//

1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
2 | nothing and that Defendants shall have its costs of suit.
3 |     IT IS SO ORDERED.
4 |
5 | DATED: January 18, 2018

                                          Percy Anderson
                             UNITED STATES DISTRICT JUDGE