JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH TURNER, | CV 17-7521 PA (RAOx) |
| Plaintiff, | JUDGMENT |
| v. | |
| BAYVIEW LOAN SERVICING, LLC, et al., | |
| Defendants. | |

Pursuant to the Court's February 16, 2018 Minute Order granting the Motion to Dismiss filed by defendants Bayview Loan Servicing, LLC and The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWMBS Inc., CHL Mortgage Pass-Through Trust 2005-9, Mortgage Pass Through Certificates Series 2005-9 (collectively "Defendants"), which dismissed the federal claim asserted by plaintiff Keith Turner ("Plaintiff") with prejudice, and declined to exercise supplemental jurisdiction over Plaintiff's remaining state law claims and dismissed those claims without prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's federal claim for violation of the Fair Debt Collections Practices Act is dismissed with prejudice and Plaintiff's remaining state law claims are dismissed without prejudice.

//

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: February 16, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE